EMANUEL CLAYTON, as Administrator of the Estate of FRANCIS G. CLAYTON, Respondent, *v.* CITY OF NIAGARA FALLS, Appellant.

(Argued November 25, 1929; decided January 7, 1930.)

*George W. Knox* for appellant.

*Francis T. Findlay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Dissenting: KELLOGG, J., on the ground there is no proof of the defendant's negligence. Not sitting: CARDOZO, Ch. J.